**Order entered October 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00748-CV

**PARALLEL NETWORKS, LLC, Appellant**

**V.**

**JENNER & BLOCK, LLP, Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-01146-E**

## ORDER

We **DENY** the October 9, 2013 motion of nonresident attorney Christopher C. Murray for admission pro hac vice without prejudice to filing a motion that is accompanied by a motion of the resident practicing Texas attorney with whom Mr. Murray shall be associated. *See* Tex. Rules Govern. Bar Adm'n Rule XIX(b).

/s/　　DAVID LEWIS
　　　　JUSTICE